UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EFRAIN CLAUDIO,

    Plaintiff,

v.                                    Case No.: 8:08-cv-1974-T-33EAJ

UNICARE LIFE AND HEALTH
INSURANCE COMPANY,

    Defendant.
_____/

### ORDER

The parties' Joint Stipulation for Dismissal with Prejudice (Doc. 13) is before the Court for consideration. The parties seek an Order dismissing this case with prejudice. The parties further inform the Court that all claims for attorney's fees and court costs have been amicably resolved.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

This case is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, on this 21st day of July 2009.

                                                  VIRGINIA M. HERNANDEZ COVINGTON
                                                  UNITED STATES DISTRICT JUDGE

Copies:   Counsel of Record